■ MADGE CHRISTIE et al., Suing Individually and as Class A Stockholders on Behalf of Themselves and All Other Class A Stockholders of Fifth Madison Corporation, Similarly Situated, Respondents, and FRANCES ZAUDERER, Intervening-Plaintiff-Respondent, v. FIFTH MADISON CORPORATION et al., Appellants. — Order, entered on June 19, 1961, unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ GENERAL GARMENT COMPANY, Appellant, v. MARCH & MENDL, INC., et al., Respondents.— Orders, entered on November 19, 1962, unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM BONAT. (B) THE PEOPLE OF THE STATE OF NEW YORK v. EARTHAN KEITT. (C) THE PEOPLE OF THE STATE OF NEW YORK v. CORNELIUS KEOHANE.— [In each action] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES DOCETI. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ. (B) THE PEOPLE OF THE STATE OF NEW YORK v. JOSE MIRENDO. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ. (C) THE PEOPLE OF THE STATE OF NEW YORK v. GERARDO ARZUAGA. (D) THE PEOPLE OF THE STATE OF NEW YORK v. MARTIN HERNANDEZ.— [In each action] Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ (A) DANILE GROSSMAN v. H. R. H. CONSTRUCTION CORPORATION, EMPIRE MILLWORK CORPORATION. (B) MARGARET HANLEY et al. v. MARGARET SCIBLO et al. (C) SHIRLEY LEVE v. SAMUEL LEVE.— [In each action] Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ In the Matter of MARIA PAPAJOHN, as Administratrix of the Estate of PAUL PAPAJOHN, Deceased.— Motion for an order directing petitioner to include certain letters in the record on appeal denied. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ IRVING SPIELER v. JEREMIAH S. GUTMAN et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before February 5, 1963, with notice of argument for the March 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ MEAD JOHNSON & COMPANY v. HARRY WAGANFELD et al.— Motion to dismiss appeal granted, with $10 costs. Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before May 16, 1963, with notice of argument for May 28, 1963, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ JOSEPH MORIN v. PENNSYLVANIA RAILROAD COMPANY et al.— Motion to dispense with printing granted. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ In the Matter of ANITA G. MULLER, Appellant, v. MORTON S. MULLER, Respondent.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before February 5, 1963, with notice of argument for the March 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.